1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

8   GEORGE W. LUSTER, JR.,

9          *Petitioner*,                                    2:04-cv-00334-RLH-RJJ

10  vs.

11                                                          ORDER

12  DIRECTOR, NEVADA DEPARTMENT
    OF CORRECTIONS, *et al.*,

13          *Respondents*.

14

15      This represented stayed habeas action under 28 U.S.C. § 2254 comes before the

16  Court on a motion (#96) to reopen the case filed by the petitioner *pro se*.

17      Petitioner is represented by counsel.  He therefore may not file motions *pro se*.  He

18  may not communicate with the Court – in any manner – except through counsel.

19      This is at least the second time that the Court has been called upon to admonish

20  petitioner in this particular regard.  See #82.  If petitioner continues to violate the Court's

21  orders in this regard, the Court will consider possible imposition of sanctions, which may

22  include dismissal of the petition should lesser sanctions not be a viable option.

23      Further, as discussed in the Court's prior order (#46), if petitioner is unable to work with

24  and through appointed counsel, the Court will revisit the issue of whether the interests of

25  justice continue to warrant the appointment of counsel herein.

26      In this instance, there does not appear to be any valid reason for petitioner filing the

27  motion to reopen *pro se*.  Petitioner has forty-five days after the issuance of the remittitur to

28  file a motion to reopen, and it appears that the remittitur issued in the recent state court

proceedings on April 12, 2011.  Petitioner accordingly has until May 27, 2011, to file, through counsel, a motion to reopen these proceedings and possibly for other relief as provided for in #95.

Petitioner must communicate what he requests his attorney to do directly to his attorney.  He shall not file papers – *any* papers – *pro se*.  The Court absolutely will not permit a "two track" pursuit of this case where both petitioner's counsel and petitioner are filing papers in the record.

IT THEREFORE IS ORDERED that petitioner's *pro se* motion (#96) to reopen the case is STRICKEN.

IT FURTHER IS ORDERED that petitioner shall not file any papers *pro se,* and he shall not communicate otherwise with the Court except through counsel.  Any further violations of the Court's orders in the regard may lead to the imposition of sanctions, including dismissal of the petition.

IT FURTHER IS ORDERED that the Clerk shall provide petitioner's counsel, via attachments transmitted with this order, copies of ## 46 and 82, and that, within twenty (20) days of entry of this order, counsel shall file a notice confirming that counsel has provided petitioner with a copy of this order as well as ## 46 and 82.

DATED:  April 20, 2011.

_____
ROGER L. HUNT
Chief United States District Judge