# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE W. LUSTER, JR.,

    *Petitioner*,

vs.

DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, *et al.,*

    *Respondents*.

2:04-cv-00334-RLH-RJJ

ORDER

    This stayed habeas matter under 28 U.S.C. § 2254 comes before the Court on the represented petitioner's motion (#101) to reopen following upon a stay for exhaustion of state judicial remedies and upon petitioner's motions (## 102 & 103) for extension of time to file an amended petition. For good cause shown,

    IT IS ORDERED that the petitioner's motion (#101) to reopen is GRANTED and that this matter hereby is REOPENED.

    IT FURTHER IS ORDERED that petitioner's motions (## 102 & 103) for extension of time are GRANTED *nunc pro tunc*, and the time for petitioner to file an amended petition is extended up to and including **September 7, 2011.** The Court will screen any amended petition filed prior to ordering further action in the case.

    DATED: August 22, 2011,

                                                  ROGER L. HUNT
                                                  United States District Judge