1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9   GEORGE W. LUSTER, JR.,

10          *Petitioner*,                                    2:04-cv-00334-RLH-NJK

11   vs.

12                                                           ORDER
     DIRECTOR, NEVADA DEPARTMENT
13   OF CORRECTIONS, *et al.,*

14          *Respondents*.

15

16          Petitioner's motions (## 142 & 143) for extension of time are GRANTED *nunc pro tunc*,

17   and the time for petitioner to file a response to respondents' motion (#141) to dismiss is

18   extended up to and including June 25, 2013.

19          DATED:  June 24, 2013.

20
21
22
23                                          _____
                                            ROGER L. HUNT
                                            United States District Judge
24
25
26
27
28