# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE W. LUSTER, JR.,

    *Petitioner*,

vs.

DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS, *et al.,*

    *Respondents*.

2:04-cv-00334-RLH-NJK

ORDER

    In connection with petitioner's counsel's motion (#147) to withdraw,

    IT IS ORDERED that petitioner's counsel shall file an amended certificate of service reflecting that counsel has served the motion on petitioner in proper person, as required by Local Rule IA 10-6(b), together with a copy of this order.

    IT IS FURTHER ORDERED that petitioner shall have thirty (30) days to mail to the Clerk of Court for filing any response in proper person to the motion.  This order allows for petitioner to respond to only the motion to withdraw in proper person, not other filings in the case at this juncture.

    DATED: August 30, 2013.

                                            _____
                                            ROGER L. HUNT
                                            United States District Judge