UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE W LUSTER, JR., ) | |
| ) | |
| Petitioner, ) | 2:04-cv-00334-APG-NJK |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| DIRECTOR, NEVADA DEPT. ) | |
| OF CORRECTIONS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

Petitioner has filed a series of motions seeking relief from judgment in this habeas case under 28 U.S.C. § 2254. ECF Nos. 183/184/185.

Judgment was entered approximately a year and a half prior to the date petitioner filed these motions. ECF No. 178. The circuit court denied a certificate of appealability. ECF No. 181. And, petitioner's certiorari petition was denied by the Supreme Court on June 20, 2016. Case No. 15-9237 (www.supremecourt.gov).

Petitioner makes no showing that he is entitled to relief under Rule 60(b) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that petitioner's motions (ECF Nos. 183/184/185) are DENIED.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability with respect to this decision.

Dated this 18th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE