# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE W LUSTER, JR.,

        Petitioner,                                2:04-cv-00334-APG-NJK

vs.                                            **MINUTES OF THE COURT**

DIRECTOR, NEVADA DEPT.
OF CORRECTIONS, et al.,                    February 3, 2017

        Respondents.
_____/

PRESENT:
THE HONORABLE   ANDREW P. GORDON  ,  UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY        REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Petitioner has filed a motion asking the court to render a decision on post-judgment motions he filed on September 13, 22, and 27, 2016, – i.e., ECF Nos. 183/184/185. ECF No. 190. The court entered an order disposing of those motions on November 18, 2016 (ECF No. 189), and served petitioner's counsel with the order via electronic mail. Upon receipt of petitioner's current motion, the docket clerk sent petitioner a copy of the order.

     IT IS THEREFORE ORDERED that petitioner's motion (ECF No. 190) is denied as moot.

                                                     DEBRA K. KEMPI, CLERK

                                                     By:   /s/ James R. Barkley
                                                               Deputy Clerk