**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE W. LUSTER,<br>　　　Petitioner<br><br>v.<br><br>DIRECTOR, NEVADA DEPT. OF CORRECTIONS, et al.,<br><br>　　　Respondents | Case No.: 2:04-cv-00334-APG-NJK<br><br>**ORDER DENYING MOTION FOR RELIEF**<br><br>[ECF No. 196] |

On February 28, 2020, petitioner George W. Luster filed the latest in a series of motions seeking relief from judgment. ECF No. 196; *see also* ECF Nos. 183, 184, 185. Judgment was entered in this case in March 2015. ECF No. 178. The circuit court denied a certificate of appealability. ECF No. 181. Luster's certiorari petition was denied by the Supreme Court on June 20, 2016. Case No. 15-9237 (www.supremecourt.gov). Luster's present motion makes no showing that he is entitled to relief Federal Rule of Civil Procedure 60(b).

I THEREFORE ORDER that Luster's motion **(ECF Nos. 196) is DENIED**.

I FURTHER ORDER that Luster is denied a certificate of appealability with respect to this decision.

Dated: April 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Andrew P. Gordon